Civil Action No. 17-cv-833

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Sheer, Green and Burke, Co. c/o Michael Burke, Resident Agent was received by me on *(date)* May 8, 2017, 2:55 pm.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on Joy Crabtree, Receptionist , who is designated by law to accept service of process on behalf of Sheer, Green and Burke, Co. c/o Michael Burke, Resident Agent on *(date)* Thu, May 11 2017 ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $0 for travel and $ 60.00 for services, for a total of $60.00

I declare under penalty of perjury that this information is true.

Date: 05/12/2017

*Server's Signature*

Steven R. Wolfe

*Printed name and title*

Wolfe Process Service LLC
729 Meadow Springs Ct., Maumee, OH 43537

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: May 11, 2017, 3:00 pm EDT at Company: 1 Seagate Suite 640, Toledo, OH 43604-4501 received by Sheer, Green and Burke, Co. c/o Michael Burke, Resident Agent.
Accepted by Joy Crabtree, Receptionist.